

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**Brian Zapert**
*Assistant Corporation Counsel*
phone: (212) 356-2354
bzapert@law.nyc.gov

February 25, 2021

**VIA ECF**
Honorable Judge Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Kevin Hutchinson v. City of New York, et al.
19 CV 00270 (AKH)

*[Handwritten: Trial is adjourned until December 6, 2021 and FPTC is adjourned until November 30, 2021 at 2:30 p.m.*
*/s/ Alvin K. Hellerstein*
*3-1-2021]*

Your Honor:

      I am counsel for the Defendants in this case. The parties jointly request an adjournment of the trial date in the above matter, currently scheduled to begin on April 5, 2021, to a later date at the Court's discretion owing to health concerns stemming from the on-going COVID-19 pandemic. If the Court grants this request, the parties also request corresponding adjournments of the parties' pretrial submissions and the March 31, 2021 final pre trial conference.

Respectfully submitted,

*Brian Zapert* /s/

Brian Zapert
*Assistant Corporation Counsel*
Special Federal Litigation Division

**BY ECF:**
Jason Leventhal, Esq.