UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
KEVIN HUTCHINSON,                                              :
                                                               :  **ORDER REGULATING**
                      Plaintiff,                :  **PROCEEDINGS**
  -against-                                                 :
                                                               :  19 Civ. 270 (AKH)
CITY OF NEW YORK, BRENDAN GRACE, and                           :
MANDEEP SINGH,                                                 :
                                                               :
                      Defendants.               :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Trial will begin with the selection of a jury on December 9, 2021 at 10:00 am in courtroom 14D, and to continue on December 13, 2021 at 10:00 am in said courtroom and thereafter until concluded.  The Final Pre-Trial conference will be held December 1, 2021 at 2:30 pm in said courtroom.  The previous order adjourning the matter until September 12, 2022 (ECF No. 36) is vacated.

        SO ORDERED.

Dated:      November 19, 2021                           /s/ Alvin K. Hellerstein
             New York, New York                     ALVIN K. HELLERSTEIN
                                                              United States District Judge