UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Kevin Hutchinson,

                Plaintiff,                19 **CIVIL** 270 (AKH)

    -against-                      **JUDGMENT**

City of New York, et al.,
                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Alvin K. Hellerstein, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
           January 5, 2022

                                                    **RUBY J. KRAJICK**

So Ordered:                                       **Clerk of Court**

                                      BY:

**U.S.D.J.**                                         **Deputy Clerk**