```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
KEVIN HUTCHINSON,                                              :
                                                               :   ORDER REGULATING
                              Plaintiff,                       :   PROCEEDINGS
         -against-                                             :
                                                               :   19 Civ. 270 (AKH)
CITY OF NEW YORK, BRENDAN GRACE,                               :
individually, and MANDEEP SINGH, individually,                 :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The oral argument scheduled for April 11, 2022 is canceled. The motion will be decided on the papers.

        SO ORDERED.

Dated:    April 8, 2022                               /s/ Alvin K. Hellerstein
             New York, New York                 ALVIN K. HELLERSTEIN
                                                           United States District Judge